RELIANCE INSURANCE COMPANY, In Liquidation, Plaintiff–Appellee,

v.

SAFEHARBOR EMPLOYER SERVICES I, INC., the surviving corporation of a merger with Able Staffing & Leasing, Inc., f.k.a. BNA Group II, Inc., Professional Staffing–A.B.T.S., Inc., a Florida Corporation, Defendants–Appellants.

No. 06–13481.

United States Court of Appeals, Eleventh Circuit.

April 25, 2007.

Colleen M. Flynn, Joan M. Vecchioli, Johnson Pope Bokor Ruppel & Burns, P.A., Clearwater, FL, for Defendants–Appellants.

Natalie J. Carlos, Adorno & Yoss, P.A., Coral Gables, FL, for Plaintiff–Appellee.

Before BIRCH and FAY, Circuit Judges, and DUFFEY,* District Judge.

PER CURIAM:

Appellants challenge the final judgments entered in this matter following a non-jury trial. We have carefully studied the briefs of the parties and considered the issues raised. After review of the record, we find no merit in the appellants' contentions. The judgments are therefore

AFFIRMED.